UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE: )
DEBORAH A. NIKSCH ) BANKRUPTCY NO. 11-21998
)
Debtor )

## ORDER

This Chapter 13 case having come before the Court for hearing on June 9, 2011 on Motion that the Stay Take Effect filed by the Debtor on May 25, 2011 pursuant to 362(c)(4)(B) and the issues having been duly tried or heard, and a decision having been reached pursuant to findings of fact and conclusions of law as orally stated and recorded in open Court June 9, 2011. It is therefore,

**ORDERED, ADJUDGED, AND DECREED**, that the Motion of the Debtor should be and is hereby conditionally **GRANTED** on the condition that: the Debtor shall execute and file <u>instanter</u>, an Income Order whereby all Plan payments to Trustee are made pursuant to such Order. The Automatic Stay shall hereby take effect for the full Plan term as to all duly scheduled creditors, pursuant to 11 U.S.C. §362(c)(4)(B), provided, however, the Court may vacate this Order without further notice and hearing upon notice of default by the Trustee if the Debtor does not perform as ordered above after a 7 day grace period.

Date of Issuance: 6-10-11

APPROVED AS TO FORM:

_____
JUDGE, U.S. BANKRUPTCY COURT
CHRISTOPHER M. DeTORO, CLERK

CLERK OF BANKRUPTCY COURT

By: _____
Deputy Clerk

Debtor, Attorney for Debtor
Trustee, U. S. Trustee, All Creditors